**Henry H. HEAVRN, Appellant,**

v.

**ADMIRAL FINANCE COMPANY, Appellee.**

Court of Appeals of Kentucky.

Feb. 13, 1959.

## STANDARD GENERATOR SERVICE COMPANY, Appellant,

### v.

### John STOUT and Irene Stout, Doing Business as Craft Auto Supply Company, Appellees.

Court of Appeals of Kentucky.

Feb. 13, 1959.

J. L. Richardson, III, Louisville, for appellant.

Stuart A. Handmaker, Milliken, Handmaker & Rosenstein, Louisville, for appellee.

PER CURIAM.

Motion for an appeal from a judgment of the Jefferson Circuit Court dismissing Heavrn's appeal from the Jefferson Quarterly Court of a default judgment for $300 on a promissory note. After a careful consideration of the various arguments made in connection with the Rules of Civil Procedure, particularly as to limitations of time upon which an appeal may be taken from a quarterly court judgment, we conclude that the judgment dismissing the appeal was proper.

Wherefore, the motion for an appeal to this court is overruled, and the judgment stands affirmed.